UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's Docket No. |
| | ) | 1) Misdemeanor Class B |
| v. | ) | 2) Misdemeanor Class A |
| | ) | COMPLAINT 1598533 |
| FREDERICK MORRIS | ) | 1598534 |
| | ) | |

Offense on a Federal Reservation

Before the Honorable, Anthony R. Mautone a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day KURT W. PERHACH, Special Assistant U. S. Attorney, Office of the Staff Judge Advocate, Fort Monmouth, New Jersey, who, under oath charges:

On or about the 18th day of JULY 2010, at Fort Monmouth, New Jersey, in the Judicial District of New Jersey, FREDERICK MORRIS, at approximately 1610 hours,
(Name of Accused)

1) enter building 114 at Fort Monmouth, for a purpose prohibited by law or lawful regulation,

2) made unlawful video tapes of government buildings on Fort Monmouth without obtaining permission of the commanding officer of the military post or naval post, camp or station or naval vessels, military or naval aircraft, and any separate military or naval command concerned, or higher authority and promptly submitting the product obtained to such commanding officer or higher authority for censorship or such other action as he may deem necessary,

in violation of U.S.C. Title 18 Section 1382  2) U.S.C. Title 18 Section 795

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_[signature]_
Special Assistant U. S. Attorney

Affirmed before me, and subscribed in my presence, at Fort Monmouth, New Jersey.

October 20, 2010

_[signature]_
U. S. MAGISTRATE JUDGE

10/20/10  NK 11/24/10 NK 2/22/2011